IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF IOWA
EASTERN (DUBUQUE) DIVISION

| UNITED STATES OF AMERICA, | ) | No. 24-CR-1006 |
|---|---|---|
| Plaintiff, | ) | |
| | ) | **INFORMATION** |
| vs. | ) | |
| | ) | **Count 1** |
| WHITAKER JO INGLES, | ) | 21 U.S.C. § 846 |
| | ) | Conspiracy to Distribute a |
| Defendant. | ) | Controlled Substance |
| | ) | |

The United States Attorney charges:

## Count 1

### Conspiracy to Distribute a Controlled Substance

Between in or about 2019, and continuing to on or about February 17, 2021, in the Northern District of Iowa and elsewhere, defendant WHITAKER JO INGLES did knowingly and intentionally combine, conspire, confederate, and agree with persons known and unknown to the United States Attorney, to distribute and possess with intent to distribute 500 grams or more of a mixture or substance containing a detectable amount of cocaine, a Schedule II controlled substance, within 1000 feet of the real property comprising a public playground, specifically Madison Park, located on N. Main Street, Dubuque, Iowa in violation of Title 21, United States Code, Sections 841(a)(1), 841(b)(1)(B), 860(a) and 846.

TIMOTHY T. DUAX
United States Attorney

By: */s/ Patrick J. Reinert*

PATRICK J. REINERT
Assistant United States Attorney